IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WEDDLE,<br><br>    Plaintiff,<br><br>    vs.<br><br>A. ARMENDARY,<br><br>    Defendant.<br>_____ / | 1:11-cv-00434-SKO (PC)<br><br>SECOND ORDER DIRECTING PLAINTIFF TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS ON CORRECT FORM OR PAY FILING FEE<br><br>(Doc. 7)<br><br>FORTY-FIVE DAY DEADLINE |

   Plaintiff, a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983, has twice sought leave to proceed in forma pauperis. However, Plaintiff did not submit the correct application form either time. As the Court notified Plaintiff in its order of March 16, 2011, Plaintiff must submit the form that authorizes the deduction of the filing fee from his trust account, when funds are available. 28 U.S.C. § 1915(b). The Court will grant Plaintiff one final opportunity to file the correct form, which the Court provided with its previous order and is again providing with this order. If Plaintiff again files the incorrect form, this action will be dismissed, without prejudice.

///

///

-1-

1  Accordingly, within **forty-five (45) days** from the date of service of this order, Plaintiff shall
2  either file the attached application to proceed in forma pauperis, completed and signed, or pay the
3  $350.00 filing fee for this action.

5  IT IS SO ORDERED.

6  **Dated:**   **April 26, 2011**              /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE